JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MICHAEL J. R.,[1] | Case No. 5:24-cv-01725-DTB |
| Plaintiff, | |
| v. | **J U D G M E N T** |
| FRANK BISIGNANO,[2] Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Order Affirming Decision of Commissioner filed herewith,

/ / /

/ / /

/ / /

/ / /

---

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Frank Bisignano is substituted for Leland Dudek as the defendant in this action. Fed. R. Civ. P. 25(d).

1

1

2

3     IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social

Security is affirmed and this action is dismissed with prejudice.

4

5     DATED:   June 24, 2025

_____

DAVID T. BRISTOW

UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28